IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn
January 7, 2008

Suzanne Claar, Court Reporter
Valeri P. Barnes, Deputy Clerk

Case No. 07-cv-02636-REB

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Leslie Hughes |
| Plaintiff, | |
| v. | |
| JARROD W. MCMILLIN, individually, and d/b/a American Investors Network, INNOVATIVE PROJECTS, INC. d/b/a American Investors Network, LAURENCE YOUNG, individually, and d/b/a Fairweather Management and Access Funding, ANNE B. LIEBERMANN, and JASON A. KOLAKOWSKI, | Derek Anderson Bradford Lam |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**HEARING: Preliminary Injunction**

**1:34 p.m.     Court in session**

Also present: Marla Pinkston, paralegal for Ms. Hughes and Defendants Jarrod McMillin, Anne Liebermann and Jason Kolakowski.

Andrew Freidman for Witness Cassie Morris.

 **ORDERED:**  Joint Motion of Plaintiff and Defendant Liebermann for Entry of Proposed

Order of Preliminary Injunction and Other Equitable Relief **(23)** is **granted.**

**ORDERED:** Signed Consent of Jason A. Kolakowski to Entry of Order of Preliminary Injunction tendered to, **received and approved** by the Court. Preliminary Injunction **entered** as to Jason A. Kolakowski.

**Witness sworn for the plaintiff: UMESH BIRADAR:**
1:44 p.m. Direct examination by Ms. Hughes.
**Exhibits admitted:** 2, 1, 3, 4.
**2:18 p.m. Witness excused, subpoena released.**

**Adverse witness sworn for the plaintiff: JASON A. KOLAKOWSKI:**
2:20 p.m. Direct examination by Ms. Hughes.
**2:27 p.m. Witness excused, subpoena released.**

Mr. McMillian invoked his Fifth Amendment right to not testify.

**Adverse witness sworn for the plaintiff: ANNE B. LIEBERMANN:**
2:29 p.m. Direct examination by Ms. Hughes.
**Exhibits admitted:** 59, 54, 55, 39, 34, 37.
**2:56 p.m. Witness excused, subpoena released.**

**2:58 p.m. Court in recess.**
**3:15 p.m. Court in session.**

**Witness sworn for the plaintiff: HENRY W. SCHENDERA:**
3:16 p.m. Direct examination by Ms. Hughes.
**Exhibits admitted:** 106, 68, 69, 70, 71, 72, 73, 74, 75.
**3:38 p.m. Witness excused, subpoena released.**

**Witness sworn for the plaintiff: DONNA WALKER:**
3:39 p.m. Direct examination by Ms. Hughes.
**Exhibits admitted:** 48, 47.
**3:47 p.m. Witness excused.**

Court's findings of fact, conclusions of law.

**ORDERED:** Plaintiffs' Motion for Preliminary Injunction **(6)** is **granted** as to Defendant Laurence Young.

**ORDERED:** Temporary Restraining Order **(10)** is extended for a period not to exceed ten days, or until the written Preliminary Injunction is entered in writing, whichever period is shorter.

**ORDERED:** All pleadings, papers, and Orders filed or entered *ex parte* or under seal are unsealed and shall be made a part of the public record available for public review and inspection.

**ORDERED:** Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

Counsel shall submit a Proposed Preliminary Injunction Order to the Court.

**3:59 p.m.** **Court in recess/hearing concluded.**

Total in-court time: 2:08