# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02636-REB-MEH

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiffs,

v.

JARROD W. MCMILLIN (individually, and doing business as American Investors Network),
INNOVATIVE PROJECTS, INC. (doing business as American Investors Network),
LAURENCE G. YOUNG (individually, and doing business as Fairweather Management and/or Access Funding),
ANNE B. LIEBERMANN, and
JASON A. KOLAKOWSKI,

    Defendants.

## MINUTE ORDER[1]

    The matter before the court is defendant Kolakowski's **Motion For Reconsideration** [#71], filed March 7, 2008. The motion is **DENIED** without prejudice. Defendant Kolakowski's motion does not comply with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice for the United States District Court for the District of Colorado - Civil. These requirements include formatting, D.C.COLO.LCivR 10.1, certification of effort to confer with the opposing party, D.C.COLO.LCivR 7.1.A, and service of the motion on all other parties, Fed.R.Civ.P.5, and D.C.COLO.LCivR 5.1.F. A copy of the Local Rules of Practice for the United States District Court for the District of Colorado - Civil is available at the Clerk's Office or at http://www.co.uscourts.gov/LocalRules/Rules.aspx.

    Dated: March 10, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.